**Hany Fahmy BASILY, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 09–1261.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2009.

Filed: Dec. 16, 2009.

Saher Joseph Macarius, Framingham, MA, for Petitioner.

Jamie M. Dowd, Karen Yolanda Drummond, Richard M. Evans, Thomas W. Hussey, Kelly J. Walls, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Trey Lund, U.S. Immigration & Customs Enforcement, New Orleans, LA, for Respondent.

[1] The Honorable Richard E. Dorr, United States District Judge for the Western District

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Egyptian citizen Hany Fahmy Basily petitions for review of an order of the Board of Immigration Appeals (BIA) which denied his June 2008 motion to reopen, reconsider, and remand. After careful review, we conclude that the BIA acted within its discretion, see *Vargas v. Holder*, 567 F.3d 387, 391 (8th Cir.2009); *Miah v. Mukasey*, 519 F.3d 784, 789–90 (8th Cir. 2008), and that the alleged due process violation did not affect the outcome of the proceedings, see *Banat v. Holder*, 557 F.3d 886, 893 (8th Cir.2009). Accordingly, we deny the petition.